## Appeal of ELWOOD BANFIELD. Docket No. 1304.

Submitted February 17, 1925; decided February 28, 1925.

*Mr. Elwood Banfield*, the taxpayer, *pro se.*

*Ward Loveless, Esq.* (Nelson T. Hartson, Solicitor of Internal Revenue) for the Commissioner.

Before IVINS and MARQUETTE.

From the pleadings, testimony, and documentary evidence presented the Board makes the following

FINDINGS OF FACT.

During 1919 and 1920, the taxable years involved, the taxpayer was engaged in the business of buying and selling used and unused postage stamps, and a few rare coins.

The taxpayer took no inventories and maintained as accounts only a daily record of sales and purchases. He determined his net profits as the difference between gross purchases and sales for the year.

The Commissioner, rejecting the taxpayer's method of accounting, determined the true gross profits as 33 per cent of the sales and the true net profits as 22 per cent of the sales, as a result of which deficiencies of $788.30 and $1,320.17 were found for the years 1919 and 1920, respectively.

DECISION.

The determination of the Commissioner is approved.

---

## Appeal of P. D. BEVILLE SUPPLY CO. Docket No. 1172.

Submitted February 25, 1925; decided February 28, 1925.

*Geo. E. H. Goodner, C. P. A.,* for the taxpayer.

*B. G. Simpich, Esq.* (Nelson T. Hartson, Solicitor of Internal Revenue) for the Commissioner.

Before GRAUPNER, LANSDON, LITTLETON, and SMITH.

The above entitled appeal was submitted to the Board upon those allegations contained in the taxpayer's petition which were admitted